UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

              Plaintiffs,

              v.

TOP GUARD TECHNOLOGIES, LLC

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-3814

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, TOP

GUARD TECHNOLOGIES, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       August 7, 2024

              **GOTTLIEB & ASSOCIATES PLLC**

              */s/Michael A. LaBollita, Esq.*

              Michael A. LaBollita, Esq., (ML-9985)
              150 East 18th Street, Suite PHR
              New York, NY 10003
              Phone: (212) 228-9795
              Fax: (212) 982-6284
              Michael@Gottlieb.legal

              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge